AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
District of **MASSACHUSETTS**

FILED
...S OFFICE
2004 FEB 10 P 12: 35
U.S. DISTRICT COURT
DISTRICT OF MASS

Comcast of Massachusetts III, Inc.

V.

Diana Nreo

SUMMONS IN A CIVIL CASE

CASE NUMBER:

**03-40290-NMG**

TO: (Name and address of Defendant)

Diana Nero
110 Helena Street
Leomister, MA 01453

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
McLaughlin Sacks, LLC
31 Trumbull Road
Northampton, MA 01060
(413) 586-0865

an answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**TONY ANASTAS**                                    12-19-03
CLERK                                                DATE

*Sherry Jones*
(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

**Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100

Worcester, ss

01/20/2004

I hereby certify and return that on 01/16/2004 at 02:45pm I served a true and attested copy of the Summons & Complaint for Violations of Title 47 U.S.C. Sec. 553 & Conversion, Civil Cover Sheet, Corporation Disclosure Statement in this action in the following manner: To wit, by leaving at the last and usual place of abode of DIANA NERO at 110 HELENA ST, LEOMINSTER, MA and by mailing first class mail to the above address on 01/20/2004. Fees: Service 20.00, Travel 20.80, Conveyance 3.00, Attest 10.00 & Postage and Handling 3.00 Total Fees: $56.80

Deputy Sheriff James T Connolly Jr.

_____
**Deputy Sheriff**

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
Date

_____
Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.