UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (Worcester)

| | |
|---|---|
| Comcast of Massachusetts III, Inc. ) | Case No.: 03-40290-NMG |
| ) | |
| Plaintiff, ) | FILED |
| ) | CLERKS OFFICE |
| ) | NOTICE OF VOLUNTARY DISMISSAL |
| vs. ) | WITHOUT PREJUDICE |
| ) | 2004 FEB 25  A 10: 41 |
| DIANA NERO ) | U.S. DISTRICT COURT |
| ) | DISTRICT OF MASS. |
| Defendant ) | |

Pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(i), the Plaintiff discontinues the above-entitled action and dismisses the complaint without prejudice and without cost to either party.

Respectfully Submitted for the Plaintiff,
Comcast of Massachusetts III, Inc.
By Its Attorney,

2/24/04
Date

John M. McLaughlin
MCLAUGHLIN SACKS
31 Trumbull Road
Northampton, MA 01060
Telephone: (413) 586-0865
BBO No. 556328

Page 1

## CERTIFICATE OF SERVICE

I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on this ___23___ day of ___Feb___, 2004, a copy of the foregoing Notice of Dismissal was mailed first class to:

Attorney John Roncone
142 Main St.
P.O. Box 767
Leominster, MA 01453

John M. McLaughlin, Esq.

Page    2